UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ASCIRA PARTNERS, LLC, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 3:13-1274 |
| v. | ) Judge Nixon/Bryant |
| | ) |
| HOMELAND INSURANCE COMPANY | ) |
| OF NEW YORK, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

The parties have filed a Notice of Voluntary Dismissal (Docket Entry No. 8) in this matter. The initial case management conference set for January 27, 2014, at 10:30 a.m. is **CANCELED**. There is nothing further to be done in this matter by the undersigned. Therefore, the Clerk is directed to return the file to the District Judge for his consideration of the notice of voluntary of dismissal.

It is so **ORDERED**.

JOHN S. BRYANT
United States Magistrate Judge