IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ASCIRA PARTNERS, LLC, and<br>JOURNEYLITE OF CINCINNATI, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>HOMELAND INSURANCE COMPANY OF<br>NEW YORK,<br><br>    Defendant. | No. 3:13-cv-01274<br><br>Judge Nixon<br>Magistrate Judge Bryant<br><br>JURY DEMAND |

## ORDER

Plaintiffs Ascira Partners, LLC, and JourneyLite of Cincinnati, LLC, have filed a Notice of Voluntary Dismissal Pursuant to Rule 41 ("Notice"), in which they explain the above-captioned case is dismissed voluntarily without prejudice. (Doc. No. 8.) Accordingly, pursuant Federal Rule of Civil Procedure 41 (a)(1)(A)(i), the case is **DISMISSED without prejudice**. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this 22nd day of January, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT